IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Daniel B. Sparr

Civil Action No. 01-cv-0075-DBS-PAC

ORIN LOOS et al.,

Plaintiffs,

vs.

LEVEL 3 COMMUNICATIONS, LLC,
WILLIAMS COMMUNICATIONS, INC.
SPRINT CORPORATION,
and UNION PACIFIC RAILROAD COMPANY,

    Defendants.
_____

## ORDER OF RECUSAL
_____

THIS MATTER comes before the Court *sua sponte*. The Court has reviewed the matter and is fully advised in the premises.

It is, hereby, ORDERED that Senior Judge Daniel B. Sparr recuses himself and requests that the case be reassigned to another judge.

DATED at Denver, Colorado, this 2nd day of November, 2005.

                        BY THE COURT:

                        /s/
                        Daniel B. Sparr
                        Senior United States District Judge